IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. ARRIGA, | 1:08-cv-1837 OWW-SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME |
| vs. | TO FILE TRAVERSE |
| MATTHEW CATE, | (DOCUMENT #10) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 3, 2009, petitioner filed a motion to extend time to file his traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:   April 8, 2009**              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE